Cleo Anthanett CHRISTOPHER, Plaintiff–Appellant,

v.

ST. VINCENT DE PAUL OF BALTIMORE INC.; Stephanie Archer–Smith, Executive Director; Portia McConnell, Director of Children Services; Michelle Young, Regional Director; Toni Adair, Sr. Family Services Coordinator; John J. Schiavone, Executive Director, Defendants–Appellees.

No. 15–1769.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 28, 2015.

Decided: Jan. 20, 2016.

Cleo Anthanett Christopher, Appellant Pro Se. James Douglas Bragdon, Brian Travis Tucker, Gallagher Evelius & Jones, LLP, Baltimore, Maryland, for Appellees.

Before DUNCAN, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cleo Anthanett Christopher appeals the district court's order dismissing her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.

*Christopher v. St. Vincent De Paul of Baltimore, Inc.*, No. 1:14–cv–03184–RDB, 2015 WL 3745025 (D. Md. filed June 11, 2015 & entered June 12, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*